HON. PIERPOINT ISHAM, } ASSISTANT JUDGES.
HON. MILO L. BENNETT, }

---

### HON. C. P. VANNESS.

AT the opening of the Court, LEVI UNDERWOOD, Esq., the State's Attorney for the county of Chittenden, announced the death of the Hon. C. P. VANNESS, for many years, a distinguished member of this bar, CHIEF JUSTICE OF THE SUPREME COURT, and Governor of the State, and Minister from the United States to the Court of Madrid, and moved, that in consideration thereof, and out of respect to the memory of the deceased, the court suspend business for the day, and do now adjourn.

THE COURT, after consultation, said, in compliance with the request of the bar, and in consideration of the death of a distinguished member of the profession, and one, who had held so many

important public offices, and had discharged their duties, with so much credit to himself, and the State, and nation, they deemed it proper to accede to the motion just now made, and will now adjourn until to-morrow morning.